**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORIGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **Willie Stargell,** )  )  **Plaintiff,** )  ) **v.** )  ) **Southeastern Freight Lines, Inc.,** )  ) **Defendant.** )  ) | **Case No.: 1:18-cv-05255-AT** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Willie Stargell, through his undersigned counsel, files this Notice of Voluntary Dismissal of this case without prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 5, 2018

                                                   Respectfully submitted,

                                                   */s/ Sergei Lemberg*
                                                   Sergei Lemberg, Esq.
                                                   LEMBERG LAW, L.L.C.
                                                   43 Danbury Road, 3rd Floor
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424
                                                   slemberg@lemberglaw.com

                                                   *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served electronically by the U.S. District Court for the Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.